

A CERTIFIED TRUE COPY

FEB 28 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAR 1 2 2007

BY _____
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 2 2007

FILED
CLERK'S OFFICE

CA07-61 PLF

**DOCKET NO. 1760**

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-25)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 162 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 28 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
## DOCKET NO. 1760
## IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | MDTN Case # |
|---|---|---|
| **DISTRICT OF COLUMBIA** | | |
| DC 1 07-59 | Judith K. Zemencuk v. Novartis Pharmaceuticals Corp. | 3:07-cv-0276 |
| DC 1 07-60 | Marie Clark v. Novartis Pharmaceuticals Corp. | 3:07-cv-0277 |
| ~~DC 1 07-61~~ | Helene D. Stevens, etc. v. Novartis Pharmaceuticals Corp. | 3:07-cv-0278 |
| **FLORIDA SOUTHERN** | | |
| FLS 2 07-14010 | Annette Fredriksen v. Novartis Pharmaceuticals Corp. | 3:07-cv-0279 |
| **NEW JERSEY** | | |
| NJ 2 07-313 | Joy Simons v. Novartis Pharmaceuticals Corp. | 3:07-cv-0280 |
| NJ 2 07-347 | Joan Pallante v. Novartis Pharmaceuticals Corp. | 3:07-cv-0281 |
| ~~NJ 2 07-357~~ | ~~Joan LeCompte, et al. v. Novartis Pharmaceuticals Corp.~~ Opposed 2/22/07 | |